UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAURY MICROWAVE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FOCUS MICROWAVES INC., a Canadian corporation also known as Focus Micro Ondes Inc.,<br><br>　　　　　　Defendant. | Case No. CV 10-03902 MMM (JCGx)<br><br>[~~PROPOSED~~] ORDER ACCEPTING PROPOSAL TO PROCEED WITHOUT COURT APPOINTMENT OF EXPERT WITNESS AND TO EXTEND DEADLINES FOR SUBMISSION OF PLEADINGS |

　　　　The Court, having read and considered the Parties' Responses to this Court's Order to Show Cause Why Expert Witness Should Not Be Appointed By the Court (Dkt. 27) and pursuant to the agreement of the parties hereby Orders as follows:

　　　　(1)　Because no present dispute remains between the parties over testing and inspection procedures, the parties are to proceed with such inspections and testing as stipulated and the Court will not appoint an expert witness at this time;

　　　　(2)　The deadline for submitting infringement and invalidity contentions is extended from December 20, 2010 until January 14, 2011;

　　　　(3)　The deadline for submitting Amended Pleadings is extended until January 14, 2011.

　　　　IT IS SO ORDERED.

Dated: December 17, 2010　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Court Judge
　　　　　　　　　　　　　　　　　　Hon. Margaret M. Morrow